IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-CR-000367-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. IGNACIO MONTANO-RENTERIA,
    a/k/a Mario Mendoza,
    a/k/a Mario Montano,
    a/k/a Mario Ignacio Mendoza,

      Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce IGNACIO MONTANO-

RENTERIA, a/k/a Mario Mendoza, a/k/a Mario Montano, a/k/a Mario Ignacio Mendoza,

DOC: 138965, DOB: 06/27/1974, who is confined in the (CDOC) Fremont Correctional

Facility, Canon City, CO, before a United States Magistrate Judge, forthwith, for an

initial appearance upon the charges in the Indictment, and to hold him at all times in the

United States Marshal's custody as an agent of the United States of America until final

disposition of the defendant's case, and thereafter to return the defendant to the institution

where he is now confined.

SO ORDERED this 11ᵀᴴ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**